## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **ANTHONY L. ZERBE** | : | BK. No. 17-12386-ref |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** | : | |
| **Movant** | : | |
| v. | : | |
| **ANTHONY L. ZERBE** | : | 11 U.S.C. §362 |
| **Respondent** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, upon Motion of **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2111 OLD LANCASTER PIKE, REINHOLDS, PA 17569 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: April 10, 2018**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVENUE,
P.O. BOX 4010
READING, PA 19606

ANTHONY ZERBE
2111 OLD LANCASTER PIKE
REINHOLDS, PA 17569

GEORGE M. LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 301, P.O. Box 5828
Wyomissing, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107