United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony L Zerbe  
    Debtor

Case No. 17-12386-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Apr 10, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.  
db         +Anthony L Zerbe,    2111 Old Lancaster Pike,    Reinholds, PA 17569-9138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     GEORGE M. LUTZ    on behalf of Debtor Anthony L Zerbe glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com  
     JEROME B. BLANK    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) paeb@fedphe.com  
     KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Fannie Mae (Federal National Mortgage Association) paeb@fedphe.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) paeb@fedphe.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                         TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **ANTHONY L. ZERBE** : | **BK. No. 17-12386-ref** |
| Debtor : | |
| : | **Chapter No. 13** |
| **FEDERAL NATIONAL MORTGAGE** : | |
| **ASSOCIATION ("FANNIE MAE")** : | |
| Movant : | |
| v. : | |
| **ANTHONY L. ZERBE** : | **11 U.S.C. §362** |
| Respondent : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, upon Motion of **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** (Movant), it is:

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2111 OLD LANCASTER PIKE, REINHOLDS, PA 17569 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: April 10, 2018**

                                           _____
                                           RICHARD E. FEHLING, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVENUE,
P.O. BOX 4010
READING, PA 19606

ANTHONY ZERBE
2111 OLD LANCASTER PIKE
REINHOLDS, PA 17569

GEORGE M. LUTZ, ESQUIRE
1100 Berkshire Blvd., Suite 301, P.O. Box 5828
Wyomissing, PA 19610

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107