UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :

ANTHONY L ZERBE
                                                  : Bankruptcy No. 17-12386REF
      Debtor(s)                    : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 19, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

ANTHONY L ZERBE
2111 OLD LANCASTER PIKE
REINHOLDS,PA.17569