**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**ANTHONY L. ZERBE,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12386 REF** |

**CERTIFICATE OF NO REPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** May 8, 2018

                                        Respectfully submitted,

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

             by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772