United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony L Zerbe  
    Debtor

Case No. 17-12386-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: May 09, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.  
db           +Anthony L Zerbe,    2111 Old Lancaster Pike,    Reinholds, PA 17569-9138

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        GEORGE M. LUTZ    on behalf of Debtor Anthony L Zerbe glutz@hvmllaw.com,  
         amerkey@hvmllaw.com;r49419@notify.bestcase.com  
        JEROME B. BLANK    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE)  
         paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust  
         bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Fannie Mae (Federal National Mortgage  
         Association) paeb@fedphe.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE  
         MAE) paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**ANTHONY L. ZERBE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12386 REF** |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,668.00 for reimbursement of actual, necessary fees, of which $2,000.00 was received pre-petition, and expenses in the amount of $45.75.

**BY THE COURT:**

**Date: May 9, 2018**

_____
**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**Anthony L. Zerbe**
**2111 Old Lancaster Pike**
**Reinholds, PA  17569**

**All creditors**